ROBERT MASTRUZZI, an Infant under the Age of Fourteen Years, by His Guardian ad Litem, CONCETTA MASTRUZZI, MARY ALOI, an Infant, by CHARLES ALOI, Her Guardian ad Litem, CONCETTA MASTRUZZI and CHARLES ALOI, Respondents, v. UNITED STATES CASUALTY COMPANY, Appellant. — Plaintiffs, while riding as guests in the automobile of one Salvatore Aloi, were injured and brought separate actions against him. They recovered judgments and executions were returned unsatisfied. This action is brought under section 109 of the Insurance Law to recover from this defendant under the terms of its policy issued to Salvatore Aloi the amount of said judgments not exceeding the limits specified in said policy. Order granting plaintiffs' motion for summary judgment and the judgment entered thereon unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MATTHEW MARQUARD, JR., Appellant, v. EUGENE GEORGE SCHULZ, Respondent. — Action for personal injuries. On February 1, 1933, while plaintiff was driving a truck north on Third avenue, an automobile owned and operated by defendant collided with plaintiff's truck near the intersection of East One Hundred and Seventy-fifth street. Orders granting defendant's motion to set aside verdict and for a new trial, and denying plaintiff's motion for resettlement, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HENRY ASCHER and ADELINE OPLADEN, Formerly ADELINE ASCHER, as Administrators, etc., of JOHN J. ASCHER, Deceased, Appellants, v. GEORGE J. ATWELL Co., INC., Defendant, Impleaded with GEORGE J. ATWELL, Respondent.— The complaint is based upon a promissory note in the sum of $11,500 payable to the order of the plaintiffs' testator which is signed " George J. Atwell Co., G. J. Atwell, Prest." The action was brought against the corporation and the individual defendant under an allegation that " said defendants " made the note. Order granting motion of defendant-respondent for judgment on the pleadings dismissing the complaint as against him, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SYLVIA KAUFMAN and SAMUEL KAUFMAN, Appellants, v. MADISON SQUARE GARDEN CORPORATION, Respondent.— Action for personal injuries sustained by plaintiff Sylvia Kaufman, and for loss of services by her husband, Samuel Kaufman. The complaint alleges that while plaintiffs were watching an ice hockey match in Madison Square Garden, having paid for their seats, Sylvia Kaufman was struck by a puck which was lofted into the air by one of the players. Judgment dismissing the complaint at the close of plaintiffs' case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.